**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURPREET SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-01788 JLT FJS (HC)<br><br>A-Number: 213-082-138<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 8)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS, (Doc. 7), DISMISSING PETITION AS MOOT, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Petitioner Gurpreet Singh is a former immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant Respondent's motion to dismiss and dismiss the petition as moot. (Docs. 7, 8.) The Court served the Findings and Recommendations on all parties, notified them that any objections were due within 10 days, and warned the parties that failure to file objections within the specified time may result in the waiver of rights on appeal. (Doc. 8, *citing Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). Over 10 days have passed, and no party has filed objections.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.      The Findings and Recommendations issued on March 16, 2026, (Doc. 8), are **ADOPTED** in full.

2.      Respondent's motion to dismiss, (Doc. 7), is **GRANTED**.

3.      The petition for writ of habeas corpus is **DISMISSED** as moot.

4.      The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

UNITED STATES DISTRICT JUDGE

2